No. 00–1566. LEXMARK INTERNATIONAL, INC. v. SNOWDEN. C. A. 6th Cir. Certiorari denied.

No. 00–1570. WOZNIAK v. CONRY ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–1580. GOURLEY ET UX. v. USERY ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–1585. MARKS v. CARMODY ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–1611. RICHARDSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–1615. DIXIE DISTRIBUTING CO. ET AL. v. CARTER-JONES LUMBER CO. C. A. 6th Cir. Certiorari denied.

No. 00–1627. BARON v. CITY OF BROADVIEW HEIGHTS. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 00–1657. ASKEW v. UNION PACIFIC RAILROAD CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–1664. COOK INLET PROCESSORS, INC. v. BAKER, AS CLASS REPRESENTATIVE OF THE MANDATORY PUNITIVE DAMAGES CLASS, AND ALL PERSONS SIMILARLY SITUATED, ET AL.; and
No. 00–1672. NAUTILUS MARINE ENTERPRISES, INC. v. BAKER, AS CLASS REPRESENTATIVE OF THE MANDATORY PUNITIVE DAMAGES CLASS, AND ALL PERSONS SIMILARLY SITUATED, ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 246 F. 3d 673.

No. 00–1668. GARCIA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–1677. LIDAS, INC., ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.